# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161454(59)

LESLIE J. MURPHY,
      Plaintiff-Appellant,

v

SC: 161454
COA: 345758
Oakland CC: 2017-159571-CB

SAMUEL M. INMAN, III, JOHN F. SMITH,
BERNARD M. GOLDSMITH, WILLIAM O.
GRABE, LAWRENCE DAVID HANSEN,
ANDREAS MAI, JONATHAN YARON,
and ENRICO DIGIROLAMO,
      Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted within 42 days of being served the plaintiff-appellant's supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2021



Clerk